UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAELLE LEGER, BARBARA DIVINO, ELENA DIVINO, ZAIDA TORRES, ALIVIA CAMPBELL and GARY KOCISZEWSKI,

    Plaintiffs,

v.

Case No: 8:19-cv-101-T-36SPF

FULL SPECTRUM BEHAVIOR ANALYSIS LLC, CARROLL STREETMAN and COLLIN STREETMAN,

    Defendants.
_____/

# **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Sean P. Flynn on November 6, 2019 (Doc. 41). In the Report and Recommendation, Magistrate Judge Flynn recommends that the Court grant the parties' Joint Motion to Approve Settlement (Doc. 35), that Leger's claims against Defendant Full Spectrum Behavior Analysis LLC be dismissed with prejudice, and that the Clerk be directed to terminate Leger as a party to the litigation. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 41) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement (Doc. 35) is **GRANTED.** The Settlement Agreement (Doc. 35 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) Plaintiff Michaelle Leger's claims against Defendant Full Spectrum Behavior Analysis LLC are DISMISSED with prejudice.

(4) The Clerk is directed to terminate Plaintiff Michaelle Leger as a party to this case.

**DONE AND ORDERED** in Tampa, Florida on November 25, 2019.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Sean P. Flynn
Counsel of Record